JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUAN ROSS,** | NO. CV 18-8164-JVS (KS) |
| **Petitioner,** | |
| v. | **JUDGMENT** |
| **RONALD DAVIS, Warden,** | |
| **Respondent.** | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 24, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE